Cause NO. 2014-CR-8319

THE STATE OF TEXAS

VS.

SIDNEY DENBINA

IN THE DISTRICT COURT

187 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## MOTION FOR RECUSAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now SIDNEY DENBINA , Defendant in the above styled and numbered cause and files this his Motion for Recusal and in support of this motion would show the Court the following:

### I

That Judge STEVEN HILBIG is the presiding judge in 187 Court of Bexar County, Texas.

### II.

That Judge STEVEN HILBIG is connected by affinity or consanguinity within the third degree with one of the complaining witnesses and/or interested parties in the above entitled and numbered cause.

### iii.

That Judge STEVEN HILBIG has a personal bias against the Defendant because of the affinity or consanguinity that exists between Judge STEVEN HILBIG and the above referenced complaining witness and/or interested parties, and therefore Defendant's Constitutional right to have a fair trial would be violated if Judge STEVEN HILBIG continues as the trial judge.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Judge _STEVEN HILBIL_ recuses himself/herself from the trial of this case and that said judge ask the Presiding Judge of this Administrative District to assign another judge for the trial of this case.

Respectfully submitted,

_____
Attorney for Defendant

_____
Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 30" day of _May_, _2015_, a true and correct copy of the above and foregoing Motion for Recusal was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_____
Defendant

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Recusal and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this ____, day of _____, _____.

_____
Judge Presiding

## UNSWORN DECLARATION BY INMATE

I, _SIDNEY DENBINA_ , SID _1029872_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 30TH day of _MAY_ , _2015_ .

_____
Defendant



CHRISTMAS FOREVER

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
02 JUN 2015 PM3 L

LEGAL MAIL

SIDNEY DENBENJA
SID 1022.9878
BEXAR COUNTY ACC
200 N, COMAL
SAN ANTONIO, TX, 78207

FOURTH COURT OF APPEALS
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, STE 3200
SAN ANTONIO, TX 78205

78205503785

2015 JUN -4 PM12:03